UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:19-CR-00096-JRG |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTHONY NATHAN SMITH, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

Defendant appeared before Magistrate Judge Christopher H. Steger in Chattanooga, Tennessee on September 5, 2019 for an initial appearance and arraignment on the Indictment [Doc. 3]. At this time, Defendant was appointed John A. Brooks, a member in good standing of the Chattanooga CJA panel. As Defendant's case will proceed in Greeneville, Tennessee, Defendant is now appointed Jerry Laughlin, a member in good standing of the Greeneville CJA panel. Mr. Brooks is relieved of any further representation of Defendant.

Defendant is scheduled to appear before the Court in Greeneville, Tennessee for a detention hearing on Tuesday, September 10, 2019, at 9:00 a.m.

SO ORDERED:

                                                                         s/ Dennis H. Inman
                                                                         United States Magistrate Judge