IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 2:19-CR-96 |
| | ) | |
| ANTHONY NATHAN SMITH | ) | |

**NOTICE OF ADOPTION OF MOTION TO CONTINUE**

Comes Anthony Nathan Smith, by and through counsel, and files this Notice of Adoption of Motion for Continuance of the trial date as well as pre-trial motion deadlines in the Motion of James Edward Malone [Doc. 324], albeit not for all of the same reasons.

/s/Jerry W. Laughlin
Jerry W. Laughlin (BPR#002120)
Counsel for Defendant Anthony Nathan Smith

LAUGHLIN, NUNNALLY, HOOD & CRUM, PC
100 South Main Street
Greeneville, TN 37743
423-639-5183

## CERTIFICATE OF SERVICE

      I hereby certify that notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      This the 24th day of June, 2020.

      /s/Jerry W. Laughlin
      Jerry W. Laughlin

L:\Criminal\Smith, Anthony (U.S. vs.) 19-2101\Notice to Adopt Motion to Continue