# UNITED STATES DISTRICT COURT

EASTERN     **DISTRICT OF**     TENNESSEE

UNITED STATES OF AMERICA

V.

Anthony Nathan Smith

## EXHIBIT AND WITNESS LIST

Case Number:  2:19-CR-96

| PRESIDING JUDGE<br>Cynthia Richardson Wyrick | PLAINTIFF'S ATTORNEY<br>Thomas McCauley | DEFENDANT'S ATTORNEY<br>Jerry Laughlin |
|---|---|---|
| TRIAL DATE (S)<br>8/27/2020 | COURT REPORTER<br>Karen Bradley | COURTROOM DEPUTY<br>Jason Keeton |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 8/27/2020 | | | Deputy Cole Stevens |
| W | | 8/27/2020 | | | Deputy Andrew Voss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.