AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

United States of America

V.

Anthony Nathan Smith

**EXHIBIT AND WITNESS LIST**

Case Number: 2:19-CR-96

| PRESIDING JUDGE<br>Cynthia Richardson Wyrick | PLAINTIFF'S ATTORNEY<br>Thomas McCauley | DEFENDANT'S ATTORNEY<br>Jerry Laughlin |
|---|---|---|
| TRIAL DATE (S)<br>9/9/2020 | COURT REPORTER<br>Lisa Anderson | COURTROOM DEPUTY<br>Jason C. Keeton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 9/9/2020 | | | Detective Aaron Hankins |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages