# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *SCHEDULING CONFERENCE*

USA vs **Woodie et al**     Date: November 5, 2020

Case No. **2:19-CR-96**     Time 2:15 to 2:40

================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Thomas McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

================================================================

William Woodie (1)   Barry Andrew Glen   *Amy Laura Leonard (3)   Michael Thomas Cabage   *Anthony Nathan Smith(5)   **Jerry W. Laughlin   *Tiffany Rochelle Cross(6)   Sandra B. Jelovsek

*John Harold Hyatt (7)   Bryce McKenzie   *Joseph Wesley Harrison(10)   **D. R. Smith   *Cassidy Jade Horton(13)   **Helen Nicole Himebaugh   *Devin Cloyd Ashby(14)   **Jerry J. Fabus, Jr.

Earl Harold McCoy, Jr(15)   Loretta G. Cravens   Joshua Martin Hall(16)   Jamie Poston Hughes   *William Howard(17)   Kimberly A. Parton   *Craig Collins (18)   **Jefferson Fairchild

*Matthew Brian Phillips(19)   **Eric D. Reach   *Joshua Caine Mitchell(22)   Jim R. Williams   *Kevin Leon Davis(23)   Aaron J. Chapman   *Jonathan Ratfliff(24)   **Donald E. Spurrell

*Carl Blankenship(25)   **Francis L. Lloyd   *Teresa Ann Smith(29)   **Donna Bolton   *Lauren Kate Smith(30)   **Scott Saidak   *Joshua Carreon(31)   J Russell Pryor

**PROCEEDINGS:**

Dates selected for scheduling as follows:

Jury Trial   **12/15/20 to 2/9/2021**
before the Honorable J. Ronnie Greer

Estimated length of trial   5   **DAYS**

Motion cut-off   12/18/20

Response deadline   1/4/21

Plea Bargain cut-off   1/26/2021

✓ Order to enter:

*Defendant's presence not required    **Did not participate in the teleconference

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:

d   dcr_2-19-CR-96_20201105_141253